IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SCR NETWORKS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>*Defendant*. | § § § § § § § § § § § CIVIL ACTION NO. 2:24-cv-00349-JRG |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff SCR Networks LLC ("Plaintiff") and Defendant Cisco Systems, Inc. ("Defendant") (collectively, the "Parties"). (Dkt. No. 21.) In the Motion, the Parties represent to the Court that they "have agreed to settle, adjust and compromise all claims in the above-captioned action." (*Id.* at 1.) As such, the Parties request that the Court dismiss Plaintiff's and Defendants' claims for relief with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims for relief against Defendant are **DISMISSED WITH PREJUDICE** and Defendant's claims for relief against Plaintiff are **DISMISSED WITH PREJUDICE**. Each side shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

2

**So ORDERED and SIGNED this 21st day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE